**UNITED STATES DISCTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SCOTT'S QUALITY**
**WELDING, LLC.,**
      **Plaintiff,**

Case No.:   5:20-cv-604-Oc-30PRL

v.

**WESTERN WORLD**
**INSURANCE COMPANY,**
      **Defendant.**
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, Scott's Quality Welding, LLC, and the Defendant, Western World Insurance Company, hereby notify the Court that this matter settled amicably.

    _s/Andrew P. McDonald_____
Andrew P. McDonald, Esquire, No.: 805661
David D. Barnhill, Esquire, No.: 90442
Ryan L. Gontrum, Esquire, No.: 1004730
McDonald & Barnhill, P.A.
12000 N. Dale Mabry Hwy., Suite 270
Tampa, FL 33618
(813) 265-2020 telephone
(813) 200-2030 facsimile
Attorneys for Plaintiff
eservice@mcdonaldbarnhill.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CMECF to the following named attorneys for the Defendants this 18th day of June 2021:

Attorneys for the Defendant
Troy J. Seibert, Esquire
Maxwell H. Stape, Esquire
Butler Weihmuller Katz Craig LLP
400 N Ashley Drive, Suite 2300
Tampa, FL 33602

Respectfully submitted,

_s/Ryan L. Gontrum_____